Doonan Graves and Longoria LLC
100 Cummings Ctr., Ste 303C
Beverly, MA 01915

IMPORTANT INFORMATION
ENCLOSED



(11) 969 0024 8968 2167 2

**Mailed On:** 04/03/2025          **Order Number:** 0000648-01   FC
**ClientID:** DGandL000909          **Reference Number:** 57833

Nathalie M Bouthot, a/k/a Nathalie M Wohlgemuth
335 Poplar Street
Old Town, ME 04468







EXHIBIT F



100 CUMMINGS CENTER, SUITE 303C  
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM  
HRS: MON-FRI 9 AM-4 PM

April 3, 2025

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

Nathalie M Bouthot, a/k/a Nathalie M Wohlgemuth  
335 Poplar Street  
Old Town, ME 04468

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**  
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:    335 Poplar Street, Old Town, ME 04468  
       Loan Number:

Dear Mortgagor:

     This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing, the Mortgagee, Federal National Mortgage Association and the Owner/Investor, Federal National Mortgage Association pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

     Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc, as nominee for Guaranteed Rate, Inc. its successors and assigns (if MERs) dated May 28, 2015, and recorded in the Penobscot County Registry of Deeds in Book 13848, Page 171. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

     An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:



| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| February 1, 2024 | $239.49 | $329.13 | $349.73 | $918.35 |
| March 1, 2024 | $240.32 | $328.30 | $349.73 | $918.35 |
| April 1, 2024 | $241.14 | $327.48 | $349.73 | $918.35 |
| May 1, 2024 | $241.97 | $326.65 | $349.73 | $918.35 |
| June 1, 2024 | $242.80 | $325.82 | $349.73 | $918.35 |
| July 1, 2024 | $243.64 | $324.98 | $349.73 | $918.35 |
| August 1, 2024 | $244.48 | $324.14 | $349.73 | $918.35 |
| September 1, 2024 | $245.32 | $323.30 | $349.73 | $918.35 |
| October 1, 2024 | $246.16 | $322.46 | $349.73 | $918.35 |
| November 1, 2024 | $247.01 | $321.61 | $488.42 | $1,057.04 |
| December 1, 2024 | $247.86 | $320.76 | $488.42 | $1,057.04 |
| January 1, 2025 | $248.71 | $319.91 | $488.42 | $1,057.04 |
| February 1, 2025 | $249.56 | $319.06 | $488.42 | $1,057.04 |
| March 1, 2025 | $250.42 | $318.20 | $488.42 | $1,057.04 |
| April 1, 2025 | $251.28 | $317.34 | $488.42 | $1,057.04 |

| Property Inspections | Amount Due |
|---|---|
| February 15, 2024 | $30.00 |
| April 17, 2024 | $30.00 |
| October 29, 2024 | $30.00 |
| November 14, 2024 | $30.00 |
| November 27, 2024 | -$30.00 |
| December 17, 2024 | $30.00 |
| January 6, 2025 | $30.00 |
| February 12, 2025 | $30.00 |
| March 11, 2025 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 1, 2024 | $95.00 |
| November 1, 2024 | $1,290.00 |

| Late Charges | Amount Due |
|---|---|
| November 17, 2023 | $28.43 |
| December 17, 2023 | $28.43 |
| January 17, 2024 | $28.43 |

| Total Amount Due | $16,287.68 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,849.14.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $16,287.68 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal National Mortgage Association, the mortgage servicer, which is NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal National Mortgage Association is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me



To reach people having authority to modify your mortgage loan, please contact NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing
Federal National Mortgage Association
by its attorney


/s/John A. Doonan, Esq.
John A. Doonan, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57833

### HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

### National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |



| Avesta Housing Development Corporation | **Phone:** 207-553-7777 <br> **Web:** **www.avestahousing.org** | 307 Cumberland Avenue <br> Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | **Phone:** 800-873-2227 <br> **Web:** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227 <br> **Web:** **www.moneymanagement.org** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 <br> **Web:** **www.kvcap.org** | 97 Water Street <br> Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

Doonan Graves and Longoria LLC
100 Cummings Ctr., Ste 303C
Beverly, MA 01915

RETURN RECEIPT
REQUESTED



71 96900 2484 0938 8272 3

**Mailed On:** 04/03/2025
**ClientID:** DGandL000909

**Order Number:** 0000648-01  CR
**Reference Number:** 57833

Nathalie M Bouthot, a/k/a Nathalie M Wohlgemuth
335 Poplar Street
Old Town, ME 04468





| 100 CUMMINGS CENTER, SUITE 303C | 978.921.2670 \| WWW.DGANDL.COM |
|---|---|
| BEVERLY, MASSACHUSETTS 01915 | HRS: MON-FRI 9 AM-4 PM |

April 3, 2025

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Nathalie M Bouthot, a/k/a Nathalie M Wohlgemuth
335 Poplar Street
Old Town, ME 04468

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:     335 Poplar Street, Old Town, ME 04468
     Loan Number:

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing, the Mortgagee, Federal National Mortgage Association and the Owner/Investor, Federal National Mortgage Association pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc, as nominee for Guaranteed Rate, Inc. its successors and assigns (if MERs) dated May 28, 2015, and recorded in the Penobscot County Registry of Deeds in Book 13848, Page 171. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

    An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:



| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| February 1, 2024 | $239.49 | $329.13 | $349.73 | $918.35 |
| March 1, 2024 | $240.32 | $328.30 | $349.73 | $918.35 |
| April 1, 2024 | $241.14 | $327.48 | $349.73 | $918.35 |
| May 1, 2024 | $241.97 | $326.65 | $349.73 | $918.35 |
| June 1, 2024 | $242.80 | $325.82 | $349.73 | $918.35 |
| July 1, 2024 | $243.64 | $324.98 | $349.73 | $918.35 |
| August 1, 2024 | $244.48 | $324.14 | $349.73 | $918.35 |
| September 1, 2024 | $245.32 | $323.30 | $349.73 | $918.35 |
| October 1, 2024 | $246.16 | $322.46 | $349.73 | $918.35 |
| November 1, 2024 | $247.01 | $321.61 | $488.42 | $1,057.04 |
| December 1, 2024 | $247.86 | $320.76 | $488.42 | $1,057.04 |
| January 1, 2025 | $248.71 | $319.91 | $488.42 | $1,057.04 |
| February 1, 2025 | $249.56 | $319.06 | $488.42 | $1,057.04 |
| March 1, 2025 | $250.42 | $318.20 | $488.42 | $1,057.04 |
| April 1, 2025 | $251.28 | $317.34 | $488.42 | $1,057.04 |

| Property Inspections | Amount Due |
|---|---|
| February 15, 2024 | $30.00 |
| April 17, 2024 | $30.00 |
| October 29, 2024 | $30.00 |
| November 14, 2024 | $30.00 |
| November 27, 2024 | -$30.00 |
| December 17, 2024 | $30.00 |
| January 6, 2025 | $30.00 |
| February 12, 2025 | $30.00 |
| March 11, 2025 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 1, 2024 | $95.00 |
| November 1, 2024 | $1,290.00 |

| Late Charges | Amount Due |
|---|---|
| November 17, 2023 | $28.43 |
| December 17, 2023 | $28.43 |
| January 17, 2024 | $28.43 |

| Total Amount Due | $16,287.68 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,849.14.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $16,287.68 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal National Mortgage Association, the mortgage servicer, which is NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal National Mortgage Association is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me



      To reach people having authority to modify your mortgage loan, please contact NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

                                              Very truly yours,
                                              NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing
                                              Federal National Mortgage Association
                                              by its attorney

                                              /s/John A. Doonan, Esq.
                                              John A. Doonan, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57833

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |



| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web:** www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web:** www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web:** www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

| | |
|---|---|
| **From:** | Nobody |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Friday, April 4, 2025 2:55:17 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves and Longoria LLC
Owner of the mortgage:Federal National Mortgage Association
What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304


-----
Consumer Information
-----

Consumer First name:Nathalie
Consumer Middle Initial/Middle Name: M.
Consumer Last name:Bouthot, a/k/a Nathalie M Wohlgemuth
Consumer Suffix:
Property Address line 1:335 Poplar Sreet
Property Address line 2:
Property Address line 3:
Property Address City/Town:Old Town
Property Address State:
Property Address zip code:04468
Property Address County:Penobscot

-----
Notification Details
-----

Date notice was mailed:4/3/2025
Amount needed to cure default:16287.68
Consumer Address line 1:335 Poplar Street
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Old Town
Consumer Address State:ME
Consumer Address zip code:04468
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# UNITED STATES POSTAL SERVICE

**Certificate of Mailing - Firm**

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office | Affix Stamp Here — Postmark with Date of Receipt |
|---|---|---|---|
| iMailTracking, LLC<br>PO Box 23159<br>San Diego, CA 92193-3159 | 1 | 1 | US POSTAGE IMI PITNEY BOWES<br>ZIP 92123 $ 000.65<br>02 7W<br>0008035634 APR 03 2025 |

Postmaster, per *(name of receiving employee)*: OB

Affix stamp: SERRA MESA POST OFFICE, APR -3 2025, SAN DIEGO, CA. 92123

| USPS Tracking Number / Firm-specific Identifier | Address (Name, Street, City, State, and ZIP Code) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 1. (11)9690024896821672   DGandL000909<br>57833   0000648-01 | Nathalie M Bouthot, a/k/a Nathalie M Wohlgemuth<br>335 Poplar Street Old Town, ME 04468 | 0.690 | 0.650 | | |

PS Form **3665**, January 2017 (Page 1 of 1) PSN 7530-17-000-5549